From: The District Court of the Ninth Judicial District. County of Toole.

STATE OF MONTANA, Plaintiff, vs. JESSE W. DeWEESE, Defendant.

Received at State Prison 6/25/57—Murder, first, plus kidnapping. NO. 27

## DECISION

The application of the above-named defendant for a review of the sentence of life, plus life, imposed on the 24th day of June, 1957, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The second sentence of life imprisonment is reduced to 60 years.

The reason for the above decision is that this prisoner, with no prior convictions for felony, was originally sentenced to life imprisonment for first degree murder, is now of the age of 46 years, and will not be eligible for consideration for parole under that sentence until 1976, nevertheless his conduct in recent years has shown marked improvement. The reduction of the second sentence will restore to this prisoner earned good time on his first sentence.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

The action taken herein is not to be construed as being any indication whatever that the Sentence Review Division feels the same should influence, in any way, any other official, Board or person.

From: The District Court of the Ninth Judicial District. County of Toole.

STATE OF MONTANA, Plaintiff, vs. FRANK R. DRYMAN, Defendant.

Received at State Prison 2/21/55—Murder, first.

NO. 28

## DECISION

The application of the above-named defendant for a review of the sentence of life, imposed on February 21, 1955, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) The Petition for Review is denied.

The reason for the above decision is that Chapter 25 of the Montana Code of Criminal Procedure (1967) Section 95-2502 provides, in part, as follows: "Any person sentenced to a term of one year of more in the state prison by any court of competent jurisdiction may . . . except in any case in which a different sentence could not have been imposed, file . . . an application for review of the sentence by the review division." This defendant was sentenced to life imprisonment on a charge of First Degree Murder. It is the opinion of the Board that it has no jurisdiction to reduce this sentence as it is the only one that could have been imposed except, of course, hanging.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.